# United States Court of Appeals
## For the First Circuit

No. 16-1774

MARIO GILBERTO MORALES-MORALES,

Petitioner,

v.

JEFFERSON B. SESSIONS, III,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on May 22, 2017, is amended as follows:

In the footnote of the cover page, "Fed. R. App. P. 4(c)(2)" is replaced with "Fed. R. App. P. 43(c)(2)"